UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MA'LISSA SIMMONS, MONTERRUS MARSHALL, YOLANDA CARRAWAY and DELANA PRUITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNITED MORTGAGE AND LOAN INVESTMENT, LLC, ARTHUR E. KECHIJIAN, LARRY E. AUSTIN, AUSTIN INVESTMENTS, L.P., KECHIJIAN INVESTMENTS, L.P., UMLIC CONSOLIDATED, INC., UMLIC HOLDINGS, LLC, UMLIC-SEVEN CORP., UNITED MORTGAGE HOLDINGS, LLC, and UNITED MORTGAGE LOAN AND INVESTMENT, L.L.C.<br><br>Defendants. | CIVIL ACTION NO. 07-CV-496 |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendants respectfully move the Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiffs' North Carolina Wage and Hour Act claims arising under N.C.G.S. § 95-25.1 *et seq.* and their Fair Labor Standards Act record keeping claim brought in their Amended Complaint for failure to state claims upon which relief can be granted.

In support of this motion, Defendants proffer their Memorandum of Law in Support of Motion to Dismiss Amended Complaint for Failure to State a Claim filed simultaneously herewith.

This 15th day of April, 2008.

/s/ Kevin V. Parsons
N.C. State Bar No. 19226
PARKS, CHESIN & WALBERT, P.C.
521 E. Morehead Street, Suite 120
Charlotte, North Carolina 28202
Telephone: (704) 377-2770
Email: kparsons@pcwlawfirm.com

Aaron M. Christensen
NC State Bar No. 21663
SMITH AND CHRISTENSEN, L.L.P.
One Fairview Center
6302 Fairview Road, Suite 309
Charlotte, North Carolina 28210
Phone: (704) 522-1616
Email: christensen@smithchrist.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing "Defendants Motion to Dismiss Amended Complaint for Failure to State a Claim" in the above-captioned proceeding has been electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to the following:

> Burton Craige
> Leto Copeley
> Jessica E. Leaven
> PATTERSON HARKAVY LLP
> 100 Europa Drive, Suite 250
> Chapel Hill, North Carolina 27517

This the 15th day of April, 2008.

> /s/ Kevin V. Parsons
> N.C. State Bar No. 19226
> Attorney for Defendants
> PARKS, CHESIN & WALBERT, P.C.
> 521 E. Morehead Street, Suite 120
> Charlotte, North Carolina 28202
> Telephone: (704) 377-2770
> Email: kparsons@pcwlawfirm.com