IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-496-GCM

| | |
|---|---|
| MA'LISSA SIMMONS, MONTERRUS MARSHALL, YOLANDA CARRAWAY, and DELANA PRUITT, on behalf of themselves and all others similarly situated, ) ) ) ) ) | **AMENDED ORDER** |
| Plaintiffs, ) ) | |
| v. ) ) | |
| UNITED MORTGAGE AND LOAN INVESTMENT, LLC, ARTHUR E. KECHIJIAN and LARRY E. AUSTIN ) ) ) ) | |
| Defendants ) | |

THIS MATTER is before the Court upon its own motion. The Court hereby amends its Order of May 30, 2008 [Document # 32] by changing the first sentence of the Order to read:

"THIS MATTER is before the Court on Defendants' Motion to Dismiss Amended Complaint for Failure to State a Claim. (Document #22)."

IT IS SO ORDERED.

Signed: June 2, 2008

Graham C. Mullen
United States District Judge