

**Leslie Wieser/umlic.com**
08/11/2004 12:38 PM

To
Jeff Coleman/umlic.com@umlic.com, Ron Davis/umlic.com@umlic.com, Bob Froshaug/umlic.com@umlic.com, Martha Luedeke/umlic.com@umlic.com, John McClure/umlic.com@umlic.com, Rob Morris/umlic.com@umlic.com, Mario A Sberdella/umlic.com@umlic.com, Torlina Strong/umlic.com@umlic.com, Michael Totten/umlic.com@umlic.com, Brandy Walker/umlic.com@umlic.com, Leslie Wieser/umlic.com@umlic.com, Charles Wright/umlic.com@umlic.com, Pat Blake/umlic.com@umlic.com, Art Kechijian/umlic.com@umlic.com, Larry Austin/umlic.com@umlic.com, Renee S. Alexander/umlic.com@umlic.com, Human Resources

cc

bcc MaLissa Simmons/umlic.com

Subject  Timekeeping System

Company growth has made it difficult for management and Human Resources to accurately track PTO and monitor attendance of all exempt, salaried staff. Therefore, beginning Saturday, August 14th exempt employees in collections and loan servicing are to begin logging in and out on the ADP EZLabor timekeeping system daily through their computer. After the current pay period has ended you will no longer sign the Biweekly Employee Time Report as you have done in the past.

As you know, exempt employees are paid a fixed salary per week regardless of the number of hours worked except under certain circumstances (i.e. an employee misses an entire day of work and has no PTO available, etc.). Even though you will log in and out on the system, the hours recorded will not affect your weekly base salary unless you have no PTO available and you miss an full day of work. The EZLabor timekeeping system is available for you to practice Thursday and Friday of this week. As of Saturday, August 14th, you must begin using the system your time.

Once again, your salary will not change because of this system. It is easy to use and you will receive detailed instructions regarding procedures later today.

Attachment A