# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Ma'Lissa Simmons, et al,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:07cv496

United Mortgage and Loan Investment, LLC , et al,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 14, 2009 Order.

                                              Signed: September 14, 2009

                                              Frank G. Johns, Clerk
                                              United States District Court