UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
FILE NO. 3:07-cv-496-GCM

MA'LISSA SIMMONS, MONTERRUS )
MARSHALL, YOLANDA CARRAWAY )
and DELANA PRUITT, on behalf of )
themselves and all others similarly )
situated, )
)
    Plaintiffs, )
)
v. ) **NOTICE OF APPEAL**
)
UNITED MORTGAGE AND LOAN )
INVESTMENT, LLC, ARTHUR E. )
KECHIJIAN AND LARRY E. AUSTIN, )
AUSTIN INVESTMENTS, L.P.; )
KECHIJIAN INVESTMENTS, L.P., )
UMLIC CONSOLIDATED, INC.; )
UMLIC HOLDINGS, LLC; UMLIC- )
SEVEN CORP.; UNITED MORTGAGE )
HOLDINGS, LLC; and UNITED )
MORTGAGE LOAN AND )
INVESTMENT, L.L.C. )

    Defendants.

TO THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT:

Petitioners hereby give notice of appeal to the United States Court of Appeals for the Fourth Circuit from the Order Granting Defendants' Motion to Dismiss entered in this action on September 14, 2009.

Respectfully submitted this the 5th day of October, 2009.

    /s/ Ann Groninger

    Ann Groninger, NC Bar No. 21676
    Burton Craige, NC Bar No. 9180
    Narendra Ghosh, NC Bar No. 37649
    Patterson Harkavy LLP
    100 Europa Drive, Ste. 250
    Chapel Hill, NC 27517

Telephone: 919-942-5200
Facsimile: 919-942-5256
agroninger@pathlaw.com
bcraige@pathlaw.com
nghosh@pathlaw.com

*Attorneys for Plaintiffs and the
Proposed Plaintiff Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Notice of Appeal* was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to Kevin V. Parsons and Aaron M. Christensen, Attorneys for Defendants.

This the 5th day of October, 2009.

/s/ Ann Groninger_____

Ann Groninger, NC Bar No. 21676
Burton Craige, NC Bar No. 9180
Narendra Ghosh, NC Bar No. 37649
Patterson Harkavy LLP
100 Europa Drive, Ste. 250
Chapel Hill, NC 27517
Telephone: 919-942-5200
Facsimile: 919-942-5256
agroninger@pathlaw.com
bcraige@pathlaw.com
nghosh@pathlaw.com

*Attorneys for Plaintiffs and the Proposed Plaintiff Class*