IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-496

| | | |
|---|---|---|
| MA'LISSA SIMMONS, | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED MORTGAGE & LOAN INVESTMENT, | ) | |
|        Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference in Courtroom #3 on **Wednesday, March 23, 2011, at 10:00 a.m.**

IT IS SO ORDERED.

Signed: February 22, 2011

Graham C. Mullen
United States District Judge