IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-496-GCM**

MA'LISSA SIMMONS, *et al*  )
                Plaintiffs,  )
                  )
    v.  )
        )
UNITED MORTGAGE AND  )
LOAN INVESTMENT, LLC, *et al*  )
                Defendants.  )

## **ORDER**

    THIS MATTER IS BEFORE THE COURT on its own motion. IT IS HEREBY ORDERED that a hearing on the Plaintiffs' Motion to File a Second Amended Complaint will be held on **April 7, 2011, at 10:00 a.m. in Courtroom #3.** Failure of Plaintiffs' counsel to attend will result in sanctions.

    IT IS SO ORDERED.

                                            Signed: March 28, 2011

                                            Graham C. Mullen
                                            United States District Judge