UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MA'LISSA SIMMONS, MONTERRUS MARSHALL, YOLANDA CARRAWAY and DELANA PRUITT, on behalf of themselves and all others similarly situated including VANCE MELISSA WILLIAMS, MARLENA BROOKS, LISA SAMUELS, DONALD BARNES, ANTHONY PAPAS, WILLIAM KELLY, KATHY RAYMER, ANDRE MOSER, JOHN H. MAYS, JR., MICHAEL METLER, CEDRICE BROWN, CINDY GARNER, BARBARA LONG, ANGELA BAILEY, ROBERT DUNLAP, and DEBBIE HARTLEY, <br>        Plaintiffs, <br> v. <br><br> UNITED MORTGAGE AND LOAN INVESTMENT, LLC, ARTHUR E. KECHIJIAN, LARRY E. AUSTIN, AUSTIN INVESTMENTS, LP, KECHIJIAN INVESTMENTS, LP, UMLIC CONSOLIDATED, INC., UMLIC HOLDINGS, LLC, UMLIC-SEVEN CORP., UNITED MORTGAGE HOLDINGS, LLC, and UNITED MORTGAGE LOAN AND INVESTMENT, LLC <br>        Defendants. | CIVIL ACTION NO. 07-CV-496 |

## MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

The Plaintiffs and Defendants, by counsel, hereby move the Court, pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*, and this Court's authority to approve settlements under the FLSA (see *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) to approve the settlement reached between the parties of all claims made in the Complaint.

As indicated by the terms of the settlement reached by the parties, it represents "a reasonable compromise over issues . . .that are actually in dispute." *Lynn Food Stores, Inc.*, 679 F.2d at 1354, see also *Taylor v. Dolan Corp., Inc.*, 2001 WL 1626557 at *1 (W.D. Va. 2011) (J. Jones). Accordingly, the parties respectfully request the Court approve this settlement and enter an order indicating the Court's approval of this settlement and dismissal of all claims made in this case with prejudice.

This the 16th day of June, 2011.

/s/ Ann Groninger
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 250
Chapel Hill, North Carolina 27517
Telephone: 919 942-5200
agroninger@pathlaw.com

**ATTORNEY FOR PLAINTIFFS**

/s/ Kevin V. Parsons
Smith Parsons, A Partnership of PLLCs
6060 Piedmont Row Drive South, Suite 150
Charlotte, North Carolina 28287
Telephone: 704 557-9929
kparsons@smithparsons.com

**ATTORNEY FOR DEFENDANTS**