FILED
CHARLOTTE, NC

JUN 1 6 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MA'LISSA SIMMONS, MONTERRUS MARSHALL, YOLANDA CARRAWAY and DELANA PRUITT, on behalf of themselves and all others similarly situated including VANCE MELISSA WILLIAMS, MARLENA BROOKS, LISA SAMUELS, DONALD BARNES, ANTHONY PAPAS, WILLIAM KELLY, KATHY RAYMER, ANDRE MOSER, JOHN H. MAYS, JR., MICHAEL METLER, CEDRICE BROWN, CINDY GARNER, BARBARA LONG, ANGELA BAILEY, ROBERT DUNLAP, and DEBBIE HARTLEY,<br>                  Plaintiffs,<br>v.<br><br>UNITED MORTGAGE AND LOAN INVESTMENT, LLC, ARTHUR E. KECHIJIAN, LARRY E. AUSTIN, AUSTIN INVESTMENTS, LP, KECHIJIAN INVESTMENTS, LP, UMLIC CONSOLIDATED, INC., UMLIC HOLDINGS, LLC, UMLIC-SEVEN CORP., UNITED MORTGAGE HOLDINGS, LLC, and UNITED MORTGAGE LOAN AND INVESTMENT, LLC<br>                  Defendants. | CIVIL ACTION NO. 07-CV-496 |

## **ORDER**

**WHEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. The Settlement Agreement and Full and Final Release is APPROVED as both fair and reasonable and in the best interests of the Plaintiffs.

2. This action shall be DISMISSED WITH PREJUDICE, without costs to either party.

3. The Court shall retain jurisdiction for purposes of enforcing the Settlement Agreement and Full and Final release.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this the 16th day of June, 2011.

THE HONORABLE GRAHAM MULLEN
JUDGE OF UNITED STATES DISTRICT COURT